884

No. 401. GEORGIA-PACIFIC CORPORATION *v.* UNITED STATES PLYWOOD CORP.: C. A. 2d Cir. Certiorari denied. *John Vaughan Groner* and *Charles B. Smith* for petitioner. *W. O. Heilman* and *James M. Heilman* for respondent.

No. 408. PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* UNITED STATES. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Miles Warner* and *Thomas M. Kerrigan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Henry Geller* for the United States.

No. 364. FOUTS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE WHITTAKER are of the opinion that certiorari should be granted. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Robert C. Knee* for Fouts, petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 366. DUPONT ET AL., TRUSTEES, *v.* CRUMMER COMPANY ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *John Lord O'Brian* and *Hugh B. Cox* for petitioners. *Richard W. Ervin,* Attorney General of Florida, and *Ralph M. McLane,* Assistant Attorney General, for Shafer et al., *Donald Russell* and *Clarence G. Ashby* for Ball et al., *Charles R. Scott* for the St. Joe Paper Co., and *H. M. Voorhis* and *W. H. Poe* for Leedy, Wheeler & Alleman, Inc., et al., petitioners. *Francis P. Whitehair, Chris Dixie* and *Warren E. Hall, Jr.* for respondents.